# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **GREAT AMERICAN INSURANCE CO.,** | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 1:20-00053-KD-M |
| | ) |
| **GATES BUILDERS, INC.,** *et al.*, | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order dismissing this case (Doc. 29) and per the parties' joint motion (Doc. 30), it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that that the above-styled action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **12th** day of **August 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**